IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) | 1:20 CR 154 |
| v. | ) ) | CASE NO._____ |
| TYRONE TREEMONT JACKSON, | ) ) ) | Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and 846; Title 18, United States |
| Defendant. | ) | Code, Section 1361 |

JUDGE LIOI

COUNT 1
(Attempted Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(A))

The Grand Jury charges:

1. On or about February 20, 2020, in the Northern District of Ohio, Eastern Division, Defendant TYRONE TREEMONT JACKSON did knowingly and intentionally attempt to possess with intent to distribute more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and (b)(1)(A).

COUNT 2
(Destruction of Government Property,
18 U.S.C. § 1361)

The Grand Jury further charges:

2. On or about February 20, 2020, in the Northern District of Ohio, Eastern Division, Defendant TYRONE TREEMONT JACKSON did willfully injure and commit a depridation against property belonging to a United States department or agency, to wit:

Defendant, while fleeing from law enforcement, caused damage to two vehicles belonging to the Department of Homeland Security, a Ford F-150 and a Ford Explorer, with the total damage to said property exceeding $1,000, in violation of Title 18, United States Code, Section 1361.

## FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegation of Count 1 is hereby re-alleged and incorporated herein by reference. As a result of the foregoing offense, Defendant TYRONE TREEMONT JACKSON shall forfeit to the United States any and all property constituting or derived from any proceeds he obtained, directly or indirectly, as a result of the said violation; and, any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.